IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CERTAIN UNDERWRITERS AT
LLOYD'S a/s/o E.D.I., LLC,

        Plaintiffs,

v.

TRANSPORTATION AND SECURITY
ADMINISTRATION, ET AL.,

        Defendants.

Case No. 2:08-cv-841

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE MARK R. ABEL

## ORDER

For reasons appearing to the Court, the Settlement Conference scheduled in this matter for March 8, 2011 is hereby **VACATED**.

IT IS SO ORDERED.

    3-3-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE